**Exhibit A to the Complaint**

**Location:** Denver, CO  
**Total Works Infringed:** 51  
**IP Address:** 75.70.138.127  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9E4FE14824F188B8E2E2C2B25C7C69E2B00753F9<br>File Hash:<br>ECAA32AC51796132DB06CDBEEDA06F5A520C38B363AEE15F51A4F96E32D41672 | 12/15/2023 04:31:33 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 2 | Info Hash: 2E39437E112CBCAED0B5855AA4249FDB07502875<br>File Hash:<br>CDE9F862041D2CFFD9096147B79FC05974AEE767DD5D61894534901C29ACB406 | 12/15/2023 04:26:24 | Blacked Raw | 10/01/2022 | 10/31/2022 | PA0002377811 |
| 3 | Info Hash: 76DCFA2AFDD5A89ED98CA4630A7350747EAF1A1E<br>File Hash:<br>A70DD993E483AB697C67861606BE40604717D843F02B34CB1821FE3284B65A4A | 11/25/2023 12:24:33 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 4 | Info Hash: 83B2F9CA22105C972F55D81AEFE628606713A3F4<br>File Hash:<br>6089911F709755C54BB0473011AE1E3E8A15BC4B7B4BCEE571EDDE5B2F1862B5 | 11/25/2023 06:45:46 | Blacked Raw | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 5 | Info Hash: C340030059AF08957371330E339FB3AA67E8FFDB<br>File Hash:<br>6BA96B48297951EA5CD38799CC99EBF61F1A282C5634BBFF3688E1D6989D64C4 | 11/25/2023 06:39:16 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 6 | Info Hash: E452D23913E053866E31D6D6F92DE54C310DA003<br>File Hash:<br>8DB567512505266F30DBA8F4B04557C917B8116EAC2FCB2C19ABC6570946CFE9 | 11/25/2023 06:38:35 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 7 | Info Hash: ECEC874C21239A30F35D90C14D825619A4E8486A<br>File Hash:<br>3BF2821EC208F96DCFAB5AEC6A0A782BA4D4E7896DA939247644E14885C28509 | 11/25/2023 06:38:05 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 8 | Info Hash: 20DAF1EA86123FF2018D34C24A00A682592F64C6<br>File Hash:<br>7928A91CAECE768D53AF33150DC495E69F1533A5C51A5D4E423D1B7458EF6BA8 | 11/25/2023 06:35:56 | Blacked Raw | 11/29/2021 | 02/03/2022 | PA0002341803 |
| 9 | Info Hash: AC0FEB9BD610A7F312C47DB38D0EBB7E75FB6736<br>File Hash:<br>912E0C258A3F467DC887EC04D40DAB98E811AAE1F078B88548003CC4E5C134D3 | 11/25/2023 06:30:11 | Blacked | 06/11/2022 | 06/27/2022 | PA0002355039 |
| 10 | Info Hash: 9B051B4B346120020114C51288BAA2CB8443B77A<br>File Hash:<br>5A898C7D9B55E10240A8F29BA8EACE1EB64AABE6489465075D7688F082AFE440 | 11/23/2023 14:41:13 | Blacked | 09/30/2023 | 10/18/2023 | PA0002435266 |
| 11 | Info Hash: 82443B8F6EAA7F1D190A3D4707D2E89C36D0C0B4<br>File Hash:<br>C3D66816D793628A341DBE51372DACCE26CB5FBCD0712D0751CE314BFF78E35C | 11/23/2023 09:14:40 | Blacked Raw | 07/19/2021 | 08/23/2021 | PA0002308404 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: DAAEFD32C04C565334AF87D2625F852A64954C93<br>File Hash: 6A1CD5A45F574B7BC827B0F16B2E16028D49F11BB7FD21520B1B6204683C8B09 | 11/23/2023 09:10:52 | Blacked | 10/09/2021 | 10/19/2021 | PA0002317059 |
| 13 | Info Hash: D61D953A62B0DA7CF976B6E1B26C66D512616157<br>File Hash: DC26B63117B019122A14CB07D117F761DF403094F164A05D79489416E4E7B455 | 11/23/2023 09:08:53 | Blacked Raw | 04/19/2021 | 04/27/2021 | PA0002288984 |
| 14 | Info Hash: 46E2853941AB1037486F28A959957C3AF8C92D31<br>File Hash: 8BFE0449325E68C57F694C3DAE6FDFACE73B2BEBFD958A91C2F0CDAC03C6FC69 | 11/22/2023 06:01:51 | TushyRaw | 05/31/2023 | 07/14/2023 | PA0002427524 |
| 15 | Info Hash: 0B74246F5507942FE41BB9B8E6175E94FEE2C06A<br>File Hash: D54C0F79F19BDA5059D654FD088C62844684712E3808B8DEFDF2CBB762FDCA59 | 11/20/2023 23:31:50 | Blacked Raw | 05/09/2022 | 05/20/2022 | PA0002350381 |
| 16 | Info Hash: B98696836FC212F6CBAA6759E6F91D0CC5F662C2<br>File Hash: E9883F421B6D0B638DE3DD2F298CF945EB1B23E82AF65D65012BBB6A08E212A3 | 11/20/2023 18:09:19 | Blacked Raw | 01/04/2023 | 01/10/2023 | PA0002389594 |
| 17 | Info Hash: 5094A5B8CD1293FFBF0C65D84821D13847DF9116<br>File Hash: 0D5A651DD3678464977E33C5A4F1E2E9314742E3A459FC5A35FF9234B6B0B26D | 11/20/2023 18:06:17 | Blacked Raw | 08/08/2022 | 08/30/2022 | PA0002367749 |
| 18 | Info Hash: D6BEAD3C7678A7DD87D666433EFD01861DB9E389<br>File Hash: F465267EB44A1AD2ACFF9A64AACE9A6EC2D87B8354F27E210C511CC68CE5DE65 | 11/20/2023 18:00:22 | Blacked Raw | 01/10/2022 | 02/14/2022 | PA0002335456 |
| 19 | Info Hash: E6F82C0EB9485BA14E9948B59A439FAEE87CB958<br>File Hash: F24F08E9459F5AEB4ED7F7F15FF2471FC59E30FBD2F3983BD051A6331FDA0A4B | 11/20/2023 18:00:21 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 20 | Info Hash: 80EEEDFBD6614F912A439420E2ECD2EDBBADB73C<br>File Hash: 40DB539F050B6A6F9985B097C3BB641146B08E1AD2B2A3DF3C391B9E9134DD12 | 11/20/2023 18:00:06 | Blacked Raw | 01/14/2023 | 01/27/2023 | PA0002393084 |
| 21 | Info Hash: EB03731F59FB2D1773A9833245B857D7F52D4C90<br>File Hash: E652CACA14C6C19E919E64FA875576838E45B905FFD9F149FACBD424403CB822 | 11/20/2023 17:58:39 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |
| 22 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash: E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 11/20/2023 17:53:47 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 23 | Info Hash: 8ECB1671BD0D9895C1EAA098EB546D5FF1D77890<br>File Hash: 16A1750D051783D353A4B4D055B5723A473EE746D2238FDDAC95B25AD0E71C9E | 11/20/2023 17:51:27 | Blacked | 04/01/2023 | 04/07/2023 | PA0002405761 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CCA0D81D1517B1CAB021FA258D20C2D676B404BD<br>File Hash: 5B102B46530750FEDDA8013272C25559EA1BBF497747315AEB67FACA66BE6169 | 11/20/2023 17:50:35 | Blacked Raw | 10/11/2022 | 10/31/2022 | PA0002377831 |
| 25 | Info Hash: 98AD85E01C0CD3FCDD228AE223DFC322C4AAABED<br>File Hash: A65C695D832BC8626B47C69289AADC0F9FAF580393EC6D08B0AD4AE87C6D713A | 11/20/2023 05:15:21 | Blacked | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 26 | Info Hash: CE767DC719370296D80504FBB84FDA88D2F7B100<br>File Hash: 566E211FC928C8380A3FB5A7EE0793E57FDCA1E2897DF44ADBE1D97D1F088821 | 11/19/2023 15:26:21 | Blacked Raw | 10/11/2021 | 10/19/2021 | PA0002317052 |
| 27 | Info Hash: 0C47D5129BC6CCEEF6B4A00E05EE7279488C76F8<br>File Hash: 817918BA901B5813974EFA9485D02E80C9CA9A3CE5552420D296CD89B0E7EDC4 | 11/19/2023 15:20:50 | Blacked Raw | 02/28/2022 | 03/29/2022 | PA0002342857 |
| 28 | Info Hash: D9153714340B8A118B0E8886A6F37F370587889A<br>File Hash: 0CD4D11CFE9F72D556632768B634DF98B11D4EBF6DD025F762E50FD9DD5B2296 | 11/19/2023 13:56:11 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 29 | Info Hash: 153851B5F5CB6D5BCBB69DD22CC332052F3408DF<br>File Hash: F48F5584880DAF19BFF7F61BB1A51FFEFC571CED00652A02155C767AF34B23A1 | 11/18/2023 02:52:21 | Blacked | 03/11/2017 | 05/25/2017 | PA0002049782 |
| 30 | Info Hash: 14F954D27C8DDB45062D6E401EFF5F32BD0BF501<br>File Hash: 87E6C5B861289DC3D151D08F8D2FC6B9618EAD65720EC63729BD770C100CBFEA | 11/18/2023 02:49:32 | Blacked | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 31 | Info Hash: 9530936F2063F524B580172B974AC4AB5DD2BFA6<br>File Hash: ABD984E120AE529C2FAFCA8546D05C19AF73948DB8EF8F3B1204C6868C9436EA | 11/18/2023 02:49:28 | Blacked | 05/30/2018 | 07/14/2018 | PA0002131762 |
| 32 | Info Hash: B8FF1A9D35EF877B36A7E721F4AE8E4DA03518E4<br>File Hash: 9FA65B40A8DA6687BD99182A3D34F91CB88A2C954A6DA81102A8FEBD267127B3 | 11/18/2023 02:47:25 | Blacked Raw | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 33 | Info Hash: 516E71A94C107C8D202354001D4F322B3756E2B4<br>File Hash: 8E9A5A639DAAE00816AA121BB4EC0F246176F7C6F5585DE332F2D24D323F9E95 | 11/18/2023 02:42:36 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 34 | Info Hash: 9E437758A5DACD67C7512743064E5EECB25B3ECE<br>File Hash: 4CED71945A7B6DEE414DD37CDADD80E5A5965AE73EB386212C373966D0FAFBCA | 11/16/2023 05:58:30 | TushyRaw | 11/15/2023 | 12/13/2023 | PA0002445430 |
| 35 | Info Hash: 95EB5C1E1132996F058DBC8C2CB4A7096C4A8AD4<br>File Hash: 23E46DF864B9BF914102FB855431724021C36EF4787F6F5916E00806CFCA76D4 | 11/11/2023 10:44:56 | Vixen | 11/10/2023 | 12/13/2023 | PA0002445427 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: EB5723A043A4E12CB0ADA2AEE935852A07E63883<br>File Hash: 4CFB5525F4F9E88588F6DF55038AA92FCCD60515161E0E92FC8282BE8AAE9698 | 11/03/2023 03:43:18 | Slayed | 04/18/2023 | 06/09/2023 | PA0002415740 |
| 37 | Info Hash: A0BD6B617D4F941D5B48BD2CB5E1BC7BFE4F3908<br>File Hash: A855C74B1BD34565AE3F7310A8923738FD902C46FB4C39EAB15EF5EB446FB0E8 | 11/03/2023 03:41:23 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 38 | Info Hash: 3A93FFFEF454628AEA563A6A75FA402D23FA5425<br>File Hash: B95DDB3EB22D33782FA12615885072FD84BBD0C57C9A8A92963AF57E1A3082EB | 09/30/2023 13:19:52 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |
| 39 | Info Hash: F9D9E57839877BC7661E2B995AF6292D9222507E<br>File Hash: AB58994F1650110FD4112AC53F86CD72FF70F3DF9F92520E42A38010ED15B40E | 09/28/2023 08:28:05 | Blacked | 01/30/2021 | 02/26/2021 | PA0002283695 |
| 40 | Info Hash: D084510D40EBA42BB6B9E4051077C408A759F680<br>File Hash: B01347D7976F46B0EBFB8CA7F0302BBCD924DB41952803376CE42D37007DAEDF | 09/23/2023 10:58:12 | Vixen | 09/15/2023 | 10/18/2023 | PA0002435602 |
| 41 | Info Hash: 712C72A0CA149BB66DFC3BEE5592C38F13DD30AE<br>File Hash: BB3262453ED7D8BA0C4D17979B64B9CBAB785046248C12415DE92A1F2C91F282 | 09/19/2023 06:32:56 | Blacked Raw | 09/18/2023 | 10/18/2023 | PA0002435281 |
| 42 | Info Hash: 7DC91A9C3CFD2CA44842F277D6BA35F300065425<br>File Hash: 3E5A684BF5D245B2D8A69892B5D416E937D3E91C0BDB14DAD5E097F3D219EDC4 | 08/13/2023 06:06:26 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 43 | Info Hash: 23CAE404F77DD6A1FD435070A0FB85D5EF092143<br>File Hash: D44385383C2FAB9E139957E136F5A7CC91E0AD11F56052A65B56F58C3613FC8D | 08/10/2023 04:25:51 | Vixen | 12/09/2022 | 02/21/2023 | PA0002401000 |
| 44 | Info Hash: DEE4EADAEA082046B6D6D3E9D7DF1AF8E3286304<br>File Hash: 2B37DA2391BB8AAD430A7F99077FD444EC667D9730086CF02D4E13DF76B459C3 | 08/10/2023 04:25:28 | Blacked Raw | 02/08/2023 | 03/06/2023 | PA0002399990 |
| 45 | Info Hash: ED8FFF68BC66458476475739AB007AE9A3F59C12<br>File Hash: 2DC1DB015B8429D183B878C11D1B5059ADE95046230CD35FEC5C3427070CB2D8 | 08/10/2023 04:24:15 | Tushy | 04/09/2023 | 05/15/2023 | PA0002411263 |
| 46 | Info Hash: 0AEC90FD61429D473ACE512307B3A817704D288B<br>File Hash: 2895A74E175D9E4265D8E7CFFDF6FD89E800D78CA80C90E52348DE265DFF4B6D | 07/01/2023 13:49:13 | Blacked Raw | 03/25/2023 | 04/07/2023 | PA0002405729 |
| 47 | Info Hash: 6C843BFB1BF4D0C7F9F2DC9AAEB4A75717C60A9B<br>File Hash: 7DE36A3DA7DAB9935FF122A18B4B2111D9A57A1767B135CFE20474E0FC0DF0CD | 06/26/2023 06:42:21 | Tushy | 06/25/2023 | 07/13/2023 | PA0002420342 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: ECF44D7A564CCA8ACAA69424C62ABFA9F9551D78<br>File Hash: 56A1D36C956F20188364ECBF62883AFA7E7BC809323AA575F9D02D3BB6973246 | 06/19/2023 07:51:14 | Blacked Raw | 02/07/2022 | 02/14/2022 | PA0002335458 |
| 49 | Info Hash: C52D4CA7E5E14FEC267CDE00485DAD23A1B9F569<br>File Hash: 3E26642E7A4704D6D9E6D6AD41412CEB8B06D2C4FAF5FF90C28A42A339E6C4A8 | 06/19/2023 07:46:53 | Vixen | 03/25/2022 | 04/23/2022 | PA0002346420 |
| 50 | Info Hash: CCB3C09B603AD4A64284F846E3BDAA85AF78D892<br>File Hash: 7094A81FB03B039EAD418FF9041E61FA8C5D0D2B7FF34926A22A1F02033AB0C0 | 06/19/2023 02:22:33 | Blacked Raw | 08/15/2022 | 08/29/2022 | PA0002367735 |
| 51 | Info Hash: 0C522DBAA371FD95B7ECDD5CF6807F3D3AE21E24<br>File Hash: 74AFE0E69FBE6D38810155642C8EC497B2856660FE0FFEEA786CFB603C4E238B | 06/18/2023 05:59:24 | Blacked | 01/10/2018 | 01/15/2018 | PA0002070942 |